IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GONGDA XUE,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 18-122 |

## ORDER

**AND NOW**, this 6th day of April 2022, upon consideration of Defendant Gongda Xue's Motion in Limine to Exclude Expert Testimony (Doc. No. 101), the Government's Response (Doc. No. 103), Defendant's Supplemental Memorandum in Support of the Motion in Limine (Doc. No. 106), the Government's Response to the Supplemental Memorandum (Doc. No. 107), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion in Limine (Doc. No. 101) is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.